**Appeal Dismissed and Memorandum Opinion filed November 7, 2023.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-23-00476-CV

**GERREN-JARROD BROKENBERRY, Appellant**

**V.**

**AIDA IRIS VICTORIA, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1203270**

## MEMORANDUM OPINION

This appeal is from an amended final judgment signed July 18, 2023. The court reporter indicated on July 12, 2023 that appellant was not requesting the reporter's record. The clerk's record was filed August 25, 2023. No brief was filed.

On September 28, 2023, this court issued an order stating that unless appellant filed a brief on or before October 30, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant filed no brief or other response.  We dismiss the appeal.


PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.